Form ntcdef (5/2015)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:   Festival Transaction Services Inc

Debtor(s).

Case No.: 15–14473–TWD
Chapter: 11

---

## NOTICE OF DEFICIENT FILING

## AND NOTICE REGARDING DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **July 23, 2015**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) or object to dismissal of the case indicating why dismissal is not appropriate on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**       **August 7, 2015**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedule A–Real Property
Schedule B–Personal Property
Schedule D–Creditors Holding Secured Claims
Schedule E–Creditors Holding Unsecured Priority Claims
Schedule F–Creditors Holding Unsecured Nonpriority Claims
Schedule G–Executory Contracts and Unexpired Leases
Schedule H–Codebtors
Schedule I–Current Income of Debtor(s)
Schedule J–Current Expenditures of Debtor(s)
Statement of Financial Affairs (Form 7)

**CREDIT COUNSELING REQUIREMENT:**

Not Applicable


DATED: **July 23, 2015**

                                        Mark L. Hatcher
                                        Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards*
*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.