Darrel B. Carter
WSBA #20318
CBG LAW GROUP, PLLC
Plaza East Building - Suite 380
11100 NE 8th Street
Bellevue, WA 98004
Telephone: (425) 283-0432
Fax: (425) 283-5560

Attorney for Debtor

JUDGE TIMOTHY W. DORE
Chapter: 11
Date:
Place: Seattle
Time: Ex Parte
Response Date:

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: Festival Transaction Service, Inc.

Debtor.

No. 15-14473

APPLICATION FOR EMPLOYMENT OF COUNSEL

THE APPLICATION OF THE DEBTOR above-named respectfully represents:

1. Your applicant heretofore filed a petition under Chapter 11 of the Bankruptcy Code.

2. Your applicant has continued in possession of the property of the debtor, and your applicant, as debtor-in-possession, is now operating the bankruptcy estate's business and managing its property.

3. Your applicant, as debtor-in-possession, wishes to employ attorneys duly admitted to practice in this court including Darrel B. Carter and the firm of CBG LAW GROUP, PLLC and/or attorneys of the firm hereafter admitted to the practice in this court.

Application for Employment - 1

**CBG LAW GROUP, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA 98004**
**(425) 283-0432**

4. Your applicant selected such attorneys for the reason that they have had sufficient experience in matters of this character, and your applicant believes that they are well qualified to represent your applicant as debtor-in-possession in this proceeding.

5. The professional services of these attorneys to be rendered are:

   a. To give the debtor legal advice with respect to the powers and duties as debtor-in-possession in the continued operation of the business and management of the debtor and of the property of the debtor.

   b. To represent the debtor in all adversary proceedings commenced in the Bankruptcy Court unless counsel with specific training is required in said proceeding at such time CBG LAW GROUP, PLLC will seek to have special counsel appointed.

   c. To prepare on behalf of your applicant, as debtor-in-possession, all necessary applications, answers, orders, motions, reports, and other legal papers.

   d. To perform all other legal services for your applicant as debtor-in-possession which may be necessary herein; and it is necessary for your applicant, as debtor-in-possession, to employ attorneys for such professional services.

6. To the best of the knowledge of your applicant, such attorneys including Darrel B. Carter and the firm of CBG LAW GROUP, PLLC, its principals, and associates have no connection with the creditors, or with other parties in interest, or their respective attorneys.

7. Because of the extensive legal services required, your applicant desires to employ such Attorneys and the firm of CBG LAW GROUP, PLLC on a general retainer of $5,000.00 (of which $5,000.00 was paid pre-petition) and fee agreement at the usual hourly rate charged by the firm to its clientele for all such services rendered or to be rendered to and on behalf of the applicant, as debtor-in-possession. These rates are listed as follows:

<u>Attorneys</u>:

Darrel B. Carter                $320.00

Application for Employment - 2

**CBG LAW GROUP, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA  98004**
**(425) 283-0432**

| Other Attorneys | DOE |
|---|---|

Legal Assistants:

| Legal Assistants | $85.00 - $125.00 |
|---|---|
| Other Office Staff | $60.00 |

Costs and Expenses

At Cost

    8.    Such attorneys and the firm of CBG LAW GROUP, PLLC represent no interests adverse to your applicant, as debtor-in-possession, or the parts of the estate on the matters upon which they are to be engaged for your applicant, as debtor-in-possession, and their employment would be in the best interests of the estate.

    9.    Your applicant has read local Bankruptcy Rule 2016.

WHEREFORE, your applicant prays that the employment of such Attorneys and the firm of CBG LAW GROUP, PLLC under a general retainer of $5,000.00 (of which $5,000.00 was paid pre-petition) and fee agreement to represent your applicant as debtor-in-possession in the proceedings under Chapter 11 of the Bankruptcy Code be approved by this court and that the court grant your applicant such other relief as would be just.

DATED this 23rd day of July, 2015.

Festival Transaction Service, Inc.

/s/ Christopher Haigh
By: Christopher Haigh, CEO

Application for Employment - 3

**CBG LAW GROUP, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA 98004**
**(425) 283-0432**