**Festival Transaction Services, Inc.**
**Profit & Loss**
January 1 through July 28, 2015

3:11 PM
07/28/2015
Accrual Basis

|  | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 1 - 28, 15 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| 4040 · Event Subscription Fees | 47.30 | 66.22 | 94.60 | 151.36 | 160.00 | 150.00 | 0.00 | 669.48 |
| 4500 · Transaction Fee Revenue | 2.70 | 71.37 | 1,137.26 | 2,658.92 | 3,572.48 | 3,591.34 | 15,000.00 | 26,034.07 |
| 4600 · Producer Service Revenue | 240.00 | 1,050.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 31,190.00 | 34,980.00 |
| 4700 · Vendor Services Revenue | 35.00 | 0.00 | 52.50 | 35.50 | 160.00 | 110.00 | 1,863.40 | 2,256.40 |
| **Total Income** | 325.00 | 1,187.59 | 1,284.36 | 5,345.78 | 3,892.48 | 3,851.34 | 48,053.40 | 63,939.95 |
| **Cost of Goods Sold** | | | | | | | | |
| 4800 · Cost of Service For Producers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4900 · Cost of Services for Vendors | 15,485.19 | 3,800.69 | 15,545.63 | 17,849.63 | 20,308.25 | 21,650.11 | 21,029.61 | 115,669.11 |
| 4999 · Other Misc COGS | 0.00 | 0.00 | 15,582.50 | 0.00 | 0.00 | 0.00 | 0.00 | 15,582.50 |
| **Total COGS** | 15,485.19 | 3,800.69 | 31,128.13 | 17,849.63 | 20,308.25 | 21,650.11 | 21,029.61 | 131,251.61 |
| **Gross Profit** | -15,160.19 | -2,613.10 | -29,843.77 | -12,503.85 | -16,415.77 | -17,798.77 | 27,023.79 | -67,311.66 |
| **Expense** | | | | | | | | |
| 5000 · Operation Expenses | 13,621.59 | 18,524.24 | 14,325.12 | 23,418.44 | 46,834.05 | 27,671.68 | 19,158.60 | 163,553.72 |
| 6100 · Sales Expense | 22,136.47 | 22,114.46 | 19,514.19 | 15,523.09 | 17,990.32 | 15,544.39 | -160.63 | 112,662.29 |
| 6200 · Marketing Expense | 4,422.13 | 4,252.09 | 4,356.69 | 4,357.65 | 6,864.90 | 6,352.00 | 6,182.71 | 36,788.17 |
| 7000 · Software & System Dev Expense | 15,526.24 | 14,017.18 | 20,535.70 | 19,117.06 | 19,306.12 | 13,466.54 | 12,748.15 | 114,716.99 |
| 8010 · G & A Salary Expense | 22,296.01 | 16,130.72 | -3,827.76 | 37,264.80 | -2,244.39 | 11,560.07 | 13,345.32 | 94,524.77 |
| 8020 · Payroll Expenses | 8,639.10 | 7,778.28 | 3,828.97 | 6,625.53 | 7,726.77 | 4,940.48 | 8,379.70 | 47,918.83 |
| 8110 · Rent | 11,853.58 | 11,606.08 | 11,606.08 | 11,991.68 | 11,606.08 | 21,425.34 | -1,000.00 | 79,088.84 |
| 8200 · Office Expense | 1,779.15 | 2,092.22 | 1,890.50 | 1,692.85 | 2,225.62 | 1,771.57 | 970.53 | 12,422.44 |
| 8300 · Computer Expense | 4,578.10 | 4,745.68 | 4,730.35 | 4,840.16 | 4,489.74 | 4,805.34 | 4,570.17 | 32,759.54 |
| 8400 · Auto/Travel/Entertainment | 7,104.73 | 11,511.22 | 8,597.56 | 9,573.37 | 20,775.83 | 2,919.47 | 3,923.79 | 64,405.97 |
| 8500 · Business License & Taxes | 96.00 | 976.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,072.58 |
| 8600 · Business Insurance | 2,447.77 | 3,565.83 | 2,656.18 | 1,267.05 | 1,267.05 | 549.79 | 510.00 | 12,263.67 |
| 8710 · Professional Fees | 12,564.59 | 13,850.00 | 12,500.00 | 20,652.00 | 30,977.00 | 6,250.00 | 14,050.00 | 110,843.59 |
| 8720 · Legal | 636.00 | 1,637.62 | 8,083.42 | 6,117.52 | 937.50 | -6,658.65 | 7,098.00 | 17,851.41 |
| 8800 · Depreciation/Amortization | 4,679.12 | 4,679.12 | 5,437.92 | 5,489.22 | 5,489.22 | 5,489.22 | 0.00 | 31,263.82 |
| 8980 · Interest Expense | 503.59 | 558.96 | 504.69 | 203.08 | 229.99 | 459.29 | 291.09 | 2,750.69 |
| 8990 · Misc G&A Expenses | 708.48 | 298.84 | 1,782.49 | 893.55 | 879.71 | 462.18 | 874.83 | 5,900.08 |
| **Total Expense** | 133,592.65 | 138,339.12 | 116,522.10 | 169,027.05 | 175,355.51 | 117,008.71 | 90,942.26 | 940,787.40 |
| **Net Ordinary Income** | -148,752.84 | -140,952.22 | -146,365.87 | -181,530.90 | -191,771.28 | -134,807.48 | -63,918.47 | -1,008,099.06 |
| **Net Income** | **-148,752.84** | **-140,952.22** | **-146,365.87** | **-181,530.90** | **-191,771.28** | **-134,807.48** | **-63,918.47** | **-1,008,099.06** |