Darrel B. Carter
WSBA #20318
CBG LAW GROUP PLLC
Plaza East Building, Suite 380
11100 NE 8th St.
Bellevue, WA 98004
Telephone: (425) 283-0432
Fax: (425) 283-5560

Attorney for Debtor

JUDGE TIMOTHY W. DORE
Chapter: 11
Date:
Place: Seattle
Time: Ex Parte
Response Date:

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: Festival Transaction Service, Inc.,

    Debtor.

No. 15-14473

STIPULATION FOR ORDER REGARDING REJECTION OF UNEXPIRED LEASE OF REAL PROPERTY

Festival Transaction Service, Inc. ("Debtor"), by and through counsel, and Hammer Company Limited Partnership and Clise, Inc. ("Landlord") hereby stipulate as follows:

1. The Debtor filed the above-entitled Chapter 11 bankruptcy case on or about July 23, 2015.

2. The Debtor and Landlord are parties to certain prepetition lease (the "Lease") of real property located at 2033 6th Avenue, Suite 810; Seattle, WA 98121 (the "Premises").

3. Debtor desires to reject this lease pursuant to 11 U.S.C. §365 (a) in order to reduce any costs and expenses associated with the Lease on the creditors of the estate.

4. Therefore, Debtor and Landlord have agreed that an Order rejecting the Lease could be entered by the Court, and that the date of Lease rejection and turnover of

Stipulation - 1

**CBG LAW GROUP PLLC**
**Plaza East Building, Suite 380**
**11100 NE 8th St.**
**Bellevue, WA 98004**
**(425) 283-0432**

possession of the Premises to the Landlord shall be the date of the entry of the accompanying proposed order.

Dated this 13th day of August, 2015.

| CBG LAW GROUP, PLLC | Jameson Babbitt Stites & Lombard, P.L.L.C. |
|---|---|
| by: /s/ Darrel Carter<br>Darrel B. Carter, WSBA# 20318<br>Attorney for Debtor | by: /s/ Alan Bornstein<br>Alan Bornstein, WSBA# 14275<br>Attorney for Hammer Company Limited Partnership and Clise, Inc. |

Stipulation - 2

**CBG LAW GROUP PLLC**
**Plaza East Building, Suite 380**
**11100 NE 8th St.**
**Bellevue, WA 98004**
**(425) 283-0432**