UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: Festival Transaction Service, Inc.,<br><br>    Debtor. | No. 15-14473<br><br>AGREED ORDER APPROVING STIPULATION REGARING REJECTION OF LEASE |

THIS MATTER came before the Court upon the Stipulation by and between Festival Transaction Service, Inc. ("Debtor"), by and through counsel, and Hammer Company Limited Partnership and Clise, Inc. ("Landlord") to reject a prepetition lease (the "Lease") of real property located at 2033 6th Avenue, Suite 810; Seattle, WA 98121 (the "Premises") pursuant to 11 U.S.C. § 365(a), as of the date of the entry of this Order, in order to reduce any costs and expenses associated with the Lease on the creditors of the estate and to return possession of the the Premises as of the date of the entry of this Order (hereinafter, the "Stipulation"). The Court

Order - 1

**CBG LAW GROUP PLLC**
**Plaza East Building, Suite 380**
**11100 NE 8th St.**
**Bellevue, WA 98004**
**(425) 283-0432**

considered the Stipulation and pleadings and records herein.  The Court finds that this is a matter that can be determined without notice or hearing on an ex parte basis, that there is good cause to approve the Stipulation, and that the Stipulation should be approved in all respects.  NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Stipulation Regarding Rejection of Lease pursuant to 11 U.S.C. § 365(a) is hereby approved.

///End of Order///

Presented by:

CBG LAW GROUP, PLLC


by:   /s/ Darrel Carter
Darrel B. Carter, WSBA# 20318
Attorney for Debtor

Agreed to; Notice of Presentation Waived:

Jameson Babbitt Stites & Lombard, P.L.L.C.


by:   /s/ Alan Bornstein
Alan Bornstein, WSBA# 14275
Attorney for Hammer Company Limited Partnership and Clise, Inc.

Order - 2

CBG LAW GROUP PLLC
Plaza East Building, Suite 380
11100 NE 8th St.
Bellevue, WA  98004
(425) 283-0432