Entered on Docket September 28, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

1  UNITED STATES BANKRUPTCY COURT

2  FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

4  In re: Festival Transaction Service, Inc.,   ) No. 15-14473
5  Debtor.   )
6  ) ORDER GRANTING APPLICATION FOR
   ) ALLOWANCE OF COMPENSATION AND
7  ) REIMBURSEMENT OF EXPENSES

10  THIS MATTER having come before the Court on the Application for Allowance of Compensation and Reimbursement of Expenses, the Court finding that notice and an opportunity for hearing were fair and adequate and in compliance with the Bankruptcy Code and Rules; the Court having reviewed the Application; the Court having heard the arguments of counsel, if any; and the Court otherwise being fully advised; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Debtor's attorney be and hereby is awarded an Allowance of Compensation and Reimbursement of Expenses of $7,144.80 in this matter ($5,000.00 of which is to be paid from the retainer paid by the Debtor to applicant and the

Order re: Fees - 1
**CBG LAW GROUP, PLLC**
Plaza East Building - Suite 380
11100 NE 8th Street
Bellevue, WA 98004
(425) 283-0432

balance shall be paid as an administrative expense payment in this matter.

///End of Order///

Presented by:

CBG Law Group, PLLC

By    /s/ Darrel Carter
Darrel B. Carter, WSBA# 20318
Attorney for Debtor

Order re: Fees - 2

**CBG L**AW **G**ROUP**, PLLC**
**Plaza East Building - Suite 380**
**11100 NE 8th Street**
**Bellevue, WA 98004**
**(425) 283-0432**

Case 15-14473-TWD    Doc 54    Filed 09/28/15    Ent. 09/28/15 12:01:15    Pg. 2 of 2