Entered on Docket September 29, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

**FESTIVAL TRANSACTION SERVICES INC.**

Debtor.

Bankruptcy No. 15-14473-TWD

**ORDER GRANTING CREDITOR'S MOTION FORE RELIEF FROM STAY OR ALTERNATIVELY FOR ADEQUATE PROTECTION**

THIS MATTER came before the Court on the Motion of FTS Secured Lending 2014, LLC ("Creditor"), a secured creditor of Debtor, Festival Transaction Services, Inc., (the "Debtor"), seeking relief from the automatic stay under 11 U.S.C. § 362(d) as all property of the Debtor so that FTS may proceed with its state law remedies under its Promissory Note or alternatively for Adequate Protection under 11 U.S.C. §§ 361, 363.

THE COURT, having considered the records and files herein, including Creditor's Motion for Relief from Stay or Alternatively for Adequate Protection; the Declaration of W. James Tozer Jr. filed in Support thereof; the Chapter 7 Trustee's objection, and having heard argument from counsel, and finding that there is good cause for the relief requested,

NOW, THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(a) and 362(d) the automatic stay is terminated as to Creditor, so that**:**

Order Granting FTS Motion for Relief from Stay
1

**VALDEZ LEHMAN, PLLC**
600 108th Ave NE Ste 347
Bellevue, WA 98004
P: 425.458.4415
F: 425.732.0130

Creditor may pursue foreclosure or other state law remedies;

IT IS FURTHER ORDERED that Creditor's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) related to the Property of the Debtor is hereby GRANTED effective October 30, 2015, and Creditor is entitled to take all appropriate action to foreclose its security interest in the Property.

IT IS FURTHER ORDERED that the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

/ / / END OF ORDER / / /

Presented by:

VALDEZ LEHMAN, PLLC

By: /s/ Jesse Valdez
Jesse Valdez, WSBA 35378
Attorney for Creditor

Agreed to by and Notice of Presentation Waived:

By: /s/ Rory Livesey          (Signature authorized by Rory Livesey)
Rory C. Livesey, WSBA 17601
Of Attorneys for Chapter 7 Trustee

Order Granting FTS Motion for Relief from Stay
2

**VALDEZ LEHMAN, PLLC**
600 108th Ave NE Ste 347
Bellevue, WA 98004
P: 425.458.4415
F: 425.732.0130

Case 15-14473-TWD    Doc 55    Filed 09/29/15    Ent. 09/29/15 08:02:56    Pg. 2 of 2